PROB 35
(Rev. 5/01)

**Report and Order Terminating Supervised Release**
**Prior to Original Expiration Date**

UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA

v.  Crim. No. 08-CR-20514-01

WILLIAMS, Michael Donnell

On November 24, 2017 the above named commenced supervised release for a period of four years. The supervised releasee has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the supervised releasee be discharged from supervision.

Respectfully submitted,

s/Kerry F. Horton II
United States Probation Officer

ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this 22nd day of February, 2021.

s/Sean F. Cox
Sean F. Cox
United States District Judge